IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tracey Skobel,                                        Case No. 1:11cv748

               Plaintiff,                        Magistrate Judge Vernelis K. Armstrong

     -vs-

                                                     JUDGMENT ENTRY

Commissioner of Social Security,

               Defendant.

       For the reasons stated in the Memorandum Opinion and Order filed contemporaneously with this entry IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Attorney Fees is granted in the amount of $1,856.25 and the request that fees be paid in care of Plaintiff's Counsel, as assignee of the Plaintiff, less any pre-existing debt subject to offset.

       IT IS SO ORDERED.

                                                  s/ Vernelis K. Armstrong  *9/13/12*
                                                  VERNELIS K. ARMSTRONG
                                                  United States Magistrate Judge